# Third District Court of Appeal

## State of Florida

Opinion filed March 25, 2026.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D25-2563
Lower Tribunal No. F99-10769

————————

**Evens Faustin,**
Appellant,

vs.

**State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Lody Jean, Judge.

Bross & Savy, PLLC, and Bryan D. Savy (West Melbourne), for appellant.

James Uthmeier, Attorney General, and Ryan P. Schelwat, Assistant Attorney General, for appellee.

Before FERNANDEZ, LOGUE and GORDO, JJ.

PER CURIAM.

Affirmed.